**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 485

| In the Matter of | Case Number: |
|---|---|
| HYPERQUEST, INC.,        Plaintiff, | |
| v. | |
| NUGEN I.T., INC. and DAYLE PHILLIPS,    Defendants. | JUDGE NORGLE<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HYPERQUEST, INC.

| | |
|---|---|
| NAME (Type or print)<br>Deborah Rzasnicki Hogan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Deborah Rzasnicki Hogan | |
| FIRM<br>Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. | |
| STREET ADDRESS<br>55 East Monroe Street, Suite 3300 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603-5802 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6230176 | TELEPHONE NUMBER<br>312.201.3973 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |