**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**AEE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **HYPERQUEST, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| **NUGEN I.T., INC., and DAYLE** ) | |
| **PHILLIPS** ) | |
| ) | JURY DEMAND |
| Defendants. | |

**08 C 485**

**JUDGE NORGLE**
**MAGISTRATE JUDGE COLE**

### HYPERQUEST'S LOCAL RULE 3.2 DISCLOSURE STATEMENT

Plaintiff, HyperQuest, Inc. ("HyperQuest"), by and through its undersigned counsel, pursuant to Local Rule 3.2 states that as of the date of this filing HyperQuest has no publicly held affiliates.

Dated: January 22, 2008

                                                            Respectfully submitted,

                                                            HYPERQUEST, INC.

                                                            By  /s/ Deborah Rzasnicki Hogan
                                                                  One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000