AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HYPERQUEST, INC.,

       Plaintiff,

       V.

NUGEN I.T., INC. AND
DAYLE PHILLIPS,

       Defendants.

CASE NUMBER: **08 C 485**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE NORGLE**
**MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Nugen I.T., Inc.
c/o Nevada Corporate Planners, Inc., Registered Agent
7477 W. Lake Mead Blvd.
Las Vegas, NV 89128-1028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Deborah Rzasnicki Hogan
Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Anya Ellis_
(By) DEPUTY CLERK



January 22, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  January 23, 2008 at 11:00 AM |
| NAME OF SERVER (PRINT)  Mario Robinson | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by leaving copies with Tiffany Lewis, Processor, on behalf of Nevada Corporate Planners, Inc., Resident Agent for the Defendant, NUGEN I.T., INC., at 7477 W. Lake Mead Blvd., #170, LasVegas, Nevada 89128

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 25, 2008
            Date

*Signature of Server*

1118 Fremont St., Las Vegas, Nevada 89101
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.