U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08 C 485
HYPERQUEST, INC. v.
NUGEN I.T., INC. and DAYLE PHILLIPS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NUGEN I.T., INC. and DAYLE PHILLIPS

| NAME (Type or print) |  |
|---|---|
| MONTE L. MANN |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ MONTE L. MANN |  |
| FIRM |  |
| NOVACK AND MACEY LLP |  |
| STREET ADDRESS |  |
| 100 RIVERSIDE PLAZA |  |
| CITY/STATE/ZIP |  |
| CHICAGO, IL  60606 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6229771 | (312) 419-6900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |