IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NUGEN I.T., INC. and DAYLE PHILLIPS, )<br>)<br>Defendants. ) | Case No. 08 C 485<br>Judge Charles R. Norgle<br>Magistrate Judge Jeffrey Cole |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S
COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

Defendants NuGen I.T., Inc. and Dayle Phillips ("Defendants"), by their attorneys, Novack and Macey LLP, hereby respectfully move this Court for a 21-day extension of time to answer or otherwise plead to Plaintiff's Complaint for Injunctive Relief and Damages (the "Complaint"). In support hereof, Defendants state as follows:

1. Plaintiff filed its Complaint on January 22, 2008 and served it on the Defendants on January 23, 2008.

2. Defendants' responsive pleading is currently due on February 12, 2008, under Rule 12 of the Federal Rules of Civil Procedure.

3. Due to previously scheduled professional commitments, Defendants' lead counsel needs additional time to prepare Defendants' responsive pleading. Specifically, lead counsel has a four-day trial beginning on February 19, 2008 in the United States District Court for the District of Nebraska, Omaha, Nebraska, followed immediately by a week (February 25-29) of depositions in New York.

4. Plaintiff's counsel refused to agree to the requested extension.

5.      Consequently, Defendants hereby seek a 21-day extension to answer or otherwise plead to the Complaint. With the additional 21 days, Defendants' answer or other responsive pleading would be due on March 4, 2008.

6.      This is the Defendants' first request for such an extension.

7.      The relief requested herein is not sought for any improper purpose and will not prejudice the Plaintiff in this litigation.

WHEREFORE, Defendants respectfully request the entry of an Order granting them a 21-day extension -- or until March 4, 2008 -- to answer or otherwise plead to the Complaint and granting them such other and further relief, as is appropriate.

Respectfully submitted,

NUGEN I.T., INC. and DAYLE PHILLIPS


By: s/ Monte L. Mann
      One of Their Attorneys

Monte L. Mann
Kristen Werries Collier
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
(312) 419-6900
Doc# 206343

2

## CERTIFICATE OF SERVICE

Monte L. Mann, an attorney, hereby certifies that, on February 8, 2008, he caused a true and correct copy of the foregoing Defendants' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint for Injunctive Relief and Damages to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                  s/ Monte L. Mann
                                                                  Monte L. Mann