IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HYPERQUEST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 485 |
| v. | ) | Judge Charles R. Norgle |
| | ) | Magistrate Judge Jeffrey Cole |
| NUGEN I.T., INC. and DAYLE PHILLIPS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Deborah Rzasnicki Hogan
     Chad A. Blumenfield
     Goldberg, Kohn, Bell, Black,
        Rosenbloom & Moritz, Ltd.
     55 East Monroe, Suite 3300
     Chicago, IL 60603

PLEASE TAKE NOTICE that on February 15, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2341 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint for Injunctive Relief and Damages, a copy of which is served upon you herewith.

Respectfully submitted,

NUGEN I.T., INC. and DAYLE PHILLIPS

By:   s/ Monte L. Mann
      One of Their Attorneys

Monte L. Mann
Kristen Werries Collier
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois  60606-1501
(312) 419-6900
Doc# 206391

## **CERTIFICATE OF SERVICE**

Monte L. Mann, an attorney, hereby certifies that, on February 8, 2008, he caused a true and correct copy of the foregoing Notice of Motion to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.



                                                                                                              s/ Monte L. Mann
                                                                                                               Monte L. Mann