UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HYPERQUEST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 485 |
| | ) | |
| v. | ) | Judge Charles R. Norgle |
| | ) | Magistrate Judge Cole |
| NUGEN I.T., INC. , and DAYLE PHILLIPS | ) | |
| | ) | |
| Defendants. | ) | JURY DEMAND |

### NOTICE OF MOTION

TO:  Monte L. Mann
     Kristen Werries Collier
     Novack and Macey LLP
     100 North Riverside Plaza
     Chicago, IL 60606

**PLEASE TAKE NOTICE** that on February 15, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle in Courtroom 2341 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Motion to Set Initial Status Conference Or, in the Alternative, For Leave to Conduct Discovery**, a copy of which is attached hereto.

DATED: February 11, 2008

                                              Respectfully submitted,

                                              HYPERQUEST, INC.

                                              By  /s/ Deborah Rzasnicki Hogan
                                                   One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on February 11, 2008, she caused a copy of the attached **NOTICE OF MOTION** and **MOTION TO SET INITIAL STATUS CONFERENCE OR, IN THE ALTERNATIVE, FOR LEAVE TO CONDUCT DISCOVERY** to be served via the Court's electronic notification system upon:

>Monte L. Mann
>Kristen Werries Collier
>Novack and Macey LLP
>100 North Riverside Plaza
>Chicago, IL 60606

By: /s/ Deborah Rzasnicki Hogan