## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Hyperquest, Inc.
                              Plaintiff,

v.                                            Case No.: 1:08−cv−00485
                                                        Honorable Charles R. Norgle Sr.

Nugen I.T., Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:Defendants' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint for Injunctive Relief and Damages [11] is granted over objection [15] filed 02/11/2008. Plaintiff's Motion to Set Initial Status Conference or, in the Alternative, for Leave to Conduct Discovery [14] and all other pretrial issues will be referred to the Designated Magistrate Judge. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.