

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 485 | **DATE** | 2/14/2008 |
| **CASE TITLE** | HYPERQUEST, INC. vs. NUGEN I.T., INC. and DAYLE PHILLIPS | | |

**DOCKET ENTRY TEXT**

Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|