IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 485 |
| v. ) | Judge Charles R. Norgle |
| ) | Magistrate Judge Jeffrey Cole |
| NUGEN I.T., INC. and DAYLE PHILLIPS, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter coming to be heard on Defendants' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint for Injunctive Relief and Damages, due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

Defendants' Motion is GRANTED. They shall have until March 4, 2008 to answer or otherwise plead to Plaintiff's Complaint for Injunctive Relief and Damages.

Dated: 2-14-08

Entered:

_____
Judge Charles R. Norgle

*Prepared by:*
Name:              Novack and Macey LLP (MM/KWC)
Attorneys for:     Defendants NuGen I.T., Inc. and Dayle Phillips
Address:           100 North Riverside Plaza
City, State:       Chicago, Illinois 60606
Telephone:         312.419.6900