# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 485 | **DATE** | 2/21/2008 |
| **CASE TITLE** | Hyperquest, Inc. Vs. Nugen I.T., Inc. Et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion hearing held. Parties are directed to have a Rule 26 Conference by March 4, 2008. Motion by Plaintiff Hyperquest, Inc. to Set Initial Status Conference or, in the Alternative, for Leave to Conduct Discovery [13] is granted in part as to the status conference and continued as to leave to conduct discovery. Status hearing and motion for leave to conduct discovery is continued to 3/11/08 at 8:30 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|