UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> NUGEN I.T., INC., and DAYLE PHILLIPS, <br><br> Defendants. | Case No. 1:08-cv-00485 <br><br> **DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION & TO DISMISS DEFENDANT PHILLIPS FOR FAILURE TO MAKE A SPECIAL SHOWING OF PERSONAL LIABILITY** |

Defendants, NuGen I.T., Inc. and Dayle Phillips, by and through their attorneys, respectfully ask this Court to enter its Order dismissing them pursuant to Fed.R.Civ.P. 12, for lack of personal jurisdiction over the Defendants, and for failure to make a special showing of personal liability as to Defendant Dayle Phillips. Supporting affidavits and a Memorandum are submitted simultaneously herewith.

## REQUEST FOR RELIEF

Defendants NuGen, I.T., Inc. and Dayle Phillips respectfully ask that this Court enter its Order:

1. Dismissing them both for lack of personal jurisdiction;

2. Dismissing this matter against Defendant Phillips for failure to make a special showing that he could be held personally liable;

3. Awarding Defendants' fees and costs incurred in bringing this Motion; and

4. Awarding such other, further, and different relief, as this Court deems just.

Dated this 4th day of March, 2008.

        Respectfully submitted,

        NOVACK AND MACEY LLP

        By: /s/ Kristen Werries Collier
            Monte L. Mann
            Kristen Werries Collier
            NOVACK AND MACEY LLP
            100 North Riverside Plaza
            Chicago, IL  60606-1501
            Phone:  (312) 419-6900
            Fax:     (312) 419-6928
            mmann@novackandmacey.com
            kwc@novackandmacey.com

                and

            Mark J. Peterson *(admitted pro hac vice)*
            Nora M. Kane *(admitted pro hac vice)*
            STINSON MORRISON HECKER LLP
            1299 Farnam Street, 15th Floor
            Omaha, Nebraska  68102-1818
            Phone:  (402) 342-1700
            Fax:     (402) 930-1701
            mpeterson@stinson.com
            nkane@stinson.com

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of March, 2008, I electronically filed the foregoing Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction & To Dismiss Defendant Phillips For Failure To Make A Special Showing Of Personal Liability using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL  60603
deborah.hogan@goldbergkohn.com
chad.blumenfield@goldbergkohn.com


                                               /s/ Kristen Werries Collier
                                                    Kristen Werries Collier