UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | **DEFENDANTS' MOTION TO STAY DISCOVERY PENDING THE COURT'S RULING ON THE DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

Defendants, NuGen I.T., Inc. and Dayle Phillips, by and through their attorneys, respectfully ask this Court to enter its Order staying discovery pending the Court's ruling on the Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction And To Dismiss Defendant Phillips For Failure To Make A Special Showing Of Personal Liability. A Memorandum in support of this Motion is filed simultaneously herewith.

Dated this 4th day of March, 2008.

Respectfully submitted,

NOVACK AND MACEY LLP

By: /s/ Kristen Werries Collier
    Monte L. Mann
    Kristen Werries Collier
    NOVACK AND MACEY LLP
    100 North Riverside Plaza
    Chicago, IL  60606-1501
    Phone:  (312) 419-6900
    Fax:    (312) 419-6928
    mmann@novackandmacey.com
    kwc@novackandmacey.com

and

Mark J. Peterson *(admitted pro hac vice)*
Nora M. Kane *(admitted pro hac vice)*
STINSON MORRISON HECKER LLP
1299 Farnam Street, 15th Floor
Omaha, Nebraska 68102-1818
Phone: (402) 342-1700
Fax:     (402) 930-1701
mpeterson@stinson.com
nkane@stinson.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

Kristen Werries Collier hereby certifies that on this 4th day of March, 2008, she electronically filed the foregoing **Defendants' Motion To Stay Discovery Pending The Court's Ruling On The Defendants' Motion To Dismiss** using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL 60603
deborah.hogan@goldbergkohn.com
chad.blumenfield@goldbergkohn.com

/s/ Kristen Werries Collier
Kristen Werries Collier