**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HYPERQUEST, INC.,                    )
                                     )
            Plaintiff,               )
                                     )   Case No. 08 C 485
      v.                             )   Judge Charles R. Norgle
                                     )   Magistrate Judge Jeffrey Cole
NUGEN I.T., INC. and DAYLE PHILLIPS, )
                                     )
            Defendants.              )

## NOTICE OF MOTION

TO:    Deborah Rzasnicki Hogan
       Chad A. Blumenfield
       Goldberg, Kohn, Bell, Black,
           Rosenbloom & Moritz, Ltd.
       55 East Monroe, Suite 3300
       Chicago, IL  60603

       PLEASE TAKE NOTICE that on March 17, 2008 at 8:30 a.m., or as soon thereafter as

counsel may be heard, we shall appear before the Honorable Magistrate Judge Jeffrey Cole or any

judge sitting in his stead, in the United States District Court for the Northern District of Illinois,

Eastern Division, in Courtroom 1838 of the Everett McKinley Dirksen Building, 219 South

Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion To Stay Discovery

Pending The Court's Ruling On The Defendants' Motion To Dismiss and Memorandum in Support

thereof, copies of which are served upon you herewith.

Respectfully submitted,

NUGEN I.T., INC. and DAYLE PHILLIPS


By:    s/ Kristen Werries Collier
          One of Their Attorneys

Monte L. Mann
Kristen Werries Collier
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois  60606-1501
(312) 419-6900 (telephone)
(312) 419-6928 (facsimile)

         and

Mark J. Peterson *(admitted pro hac vice)*
Nora M. Kane *(admitted pro hac vice)*
STINSON MORRISON HECKLER LLP
1299 Farnam Street, 15th Floor
Omaha, Nebraska  68102-1818
(402) 342-1700 (telephone)
(402) 930-1701 (facsimile)
Doc# 209080

2

## <u>CERTIFICATE OF SERVICE</u>

Kristen Werries Collier, an attorney, hereby certifies that, on March 4, 2008, she caused a true and correct copy of the foregoing **Notice of Motion** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.



/s/ Kristen Werries Collier

Kristen Werries Collier