UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> NUGEN I.T., INC. and DAYLE PHILLIPS, <br><br> Defendants. | Case No. 08 C 485 <br><br> Judge Charles R. Norgle <br> Magistrate Judge Jeffrey Cole |

### DEFENDANT NUGEN I.T., INC.'S LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, NuGen I.T., Inc. informs the Court that it has no publicly-held affiliates.

Dated this 5th day of March, 2008.

                                                 Respectfully submitted,

                                                 NOVACK AND MACEY LLP

                                                 By:  /s/ Kristen Werries Collier
                                                     Monte L. Mann
                                                     Kristen Werries Collier
                                                     NOVACK AND MACEY LLP
                                                     100 North Riverside Plaza
                                                     Chicago, IL  60606-1501
                                                     Phone: (312) 419-6900
                                                     Fax:    (312) 419-6928
                                                     mmann@novackandmacey.com
                                                     kwc@novackandmacey.com

                                                              and

                                                 Mark J. Peterson *(admitted pro hac vice)*
                                                 Nora M. Kane *(admitted pro hac vice)*
                                                 STINSON MORRISON HECKER LLP
                                                 1299 Farnam Street, 15th Floor
                                                 Omaha, Nebraska  68102-1818
                                                 Phone: (402) 342-1700
                                                 Fax:    (402) 930-1701
                                                 mpeterson@stinson.com
                                                 nkane@stinson.com

                                                Attorneys for Defendants

## CERTIFICATE OF SERVICE

Kristen Werries Collier hereby certifies that on this 5th day of March, 2008, she electronically filed the foregoing **Defendant NuGen I.T., Inc.'s Local Rule 3.2 Disclosure Statement** using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
   ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL  60603
deborah.hogan@goldbergkohn.com
chad.blumenfield@goldbergkohn.com

/s/   Kristen Werries Collier
Kristen Werries Collier