**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Hyperquest, Inc.
                        Plaintiff,

v.                                      Case No.: 1:08−cv−00485
                                            Honorable Charles R. Norgle Sr.

Nugen I.T., Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:Motion hearing held on 3/7/2008. Plaintiff's response to motion to dismiss [24] is due on or before 3/28/2008. Defendants' reply is due on or before 4/11/2008.Status hearing is continued to 5/9/2008 at 9:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.