# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 485 | **DATE** | 3/17/2008 |
| **CASE TITLE** | Hyperquest, Inc. V. Nugen I.T., Inc. et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants motion to stay discovery pending the court's ruling on the defendants motion to dismiss [27] is granted in part as related to depositions and denied as to written discovery as stated in open court. Status hearing set for 4/17/08 at 8:30 a.m.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|