UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 485 |
| | ) |
| v. | ) Judge Charles R. Norgle |
| | ) Magistrate Judge Cole |
| NUGEN I.T., INC., and DAYLE PHILLIPS | ) |
| | ) JURY DEMAND |
| | ) |
| Defendants. | ) |

**AGREED MOTION FOR ONE-DAY EXTENSION OF TIME**

HyperQuest, Inc. f/k/a HQ, Inc. ("HQ") respectfully requests that this Court grant HQ a one-day extension of time to file its responsive brief to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction & To Dismiss Defendant Phillips for Failure to Make a Special Showing of Personal Liability ("Motion to Dismiss"). In support of this request, HQ states as follows:

1. On March 4, 2008, NuGen I.T., Inc. ("NuGen") and Dayle Phillips ("Phillips") (collectively "Defendants") filed their Motion to Dismiss this case.

2. On March 7, 2008, this Court set a briefing schedule requiring that HQ file its response on March 28 and that Defendants file their reply on April 11.

3. HQ has been diligently working to file a timely response, but has realized that it needs one additional business day to complete its responsive brief.

4. Defendants have advised that they have no objection to a one-day extension of time, until Monday, March 31, 2008, for HQ to file its responsive brief.

5. In light of this request, HQ has no objection to a corresponding one-day extension of time until April 14, 2008, for Defendants to file their reply.

-2-

6.      The parties are not currently scheduled to appear before this Court for status until May 9, 2008. Accordingly, this request will not cause any undue delay of these proceedings. This motion is made in the interest of justice and not for purposes of delay, and will not prejudice any party.

WHEREFORE, HyperQuest, Inc. respectfully requests that this Court grant HyperQuest, Inc. until Monday, March 31, 2008 to respond to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction & To Dismiss Defendant Phillips For Failure to Make a Special Showing of Personal Liability.

Respectfully submitted,

**HYPERQUEST, INC.**

By: /s/ Chad A. Blumenfield
One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
(312) 201-4000