UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **HYPERQUEST, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 485 |
| | ) | |
| v. | ) | Judge Charles R. Norgle |
| | ) | Magistrate Judge Cole |
| **NUGEN I.T., INC. , and DAYLE PHILLIPS** | ) | |
| | ) | |
| Defendants. | ) | JURY DEMAND |

### NOTICE OF MOTION

TO:  Monte L. Mann              Mark J. Peterson
     Kristen Werries Collier    Nora M. Kane
     Novack and Macey LLP       Stinson Morrison Hecker LLP
     100 North Riverside Plaza  1299 Farnam Street, 15th Floor
     Chicago, IL 60606          Omaha, Nebraska 68102-1818

**PLEASE TAKE NOTICE** that on April 4, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle in Courtroom 2341 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Agreed Motion for One-Day Extension of Time**, a copy of which is attached hereto.

DATED:  March 28, 2008

                                        Respectfully submitted,

                                        HYPERQUEST, INC.

                                        By  /s/ Chad A. Blumenfield
                                            One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on March 28, 2008, he caused a copy of the attached **NOTICE OF MOTION** and **AGREED MOTION FOR ONE-DAY EXTENSION OF TIME** to be served via the Court's electronic notification system and/or electronic mail upon:

> Monte L. Mann
> Kristen Werries Collier
> Novack and Macey LLP
> 100 North Riverside Plaza
> Chicago, IL 60606
>
> Mark J. Peterson
> Nora M. Kane
> Stinson Morrison Hecker LLP
> 1299 Farnam Street, 15th Floor
> Omaha, Nebraska 68102-1818

By: /s/ Chad A. Blumenfield