UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **HYPERQUEST, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 485 |
| | ) | |
| v. | ) | **Judge Charles R. Norgle** |
| | ) | **Magistrate Judge Cole** |
| **NUGEN I.T., INC., and DAYLE PHILLIPS** | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |

### NOTICE OF MOTION

TO:  Monte L. Mann                           Mark J. Peterson
     Kristen Werries Collier                 Nora M. Kane
     Novack and Macey LLP                    Stinson Morrison Hecker LLP
     100 North Riverside Plaza               1299 Farnam Street, 15th Floor
     Chicago, IL 60606                       Omaha, Nebraska 68102-1818

**PLEASE TAKE NOTICE** that on April 4, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle in Courtroom 2341 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **HYPERQUEST'S MOTION FOR LEAVE TO FILE 33-PAGE BRIEF,** a copy of which is attached hereto.

DATED:  March 31, 2008

                                         Respectfully submitted,

                                         HYPERQUEST, INC.

                                         By  /s/ Deborah Rzasnicki Hogan
                                             One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on March 31, 2008, she caused a copy of the attached **NOTICE OF MOTION** and **HYPERQUEST'S MOTION FOR LEAVE TO FILE 33-PAGE BRIEF** to be served via the Court's electronic notification system upon:

>Monte L. Mann
>Kristen Werries Collier
>Novack and Macey LLP
>100 North Riverside Plaza
>Chicago, IL 60606
>
>Mark J. Peterson
>Nora M. Kane
>Stinson Morrison Hecker LLP
>1299 Farnam Street, 15th Floor
>Omaha, Nebraska 68102-1818

By:   /s/ Deborah Rzasnicki Hogan