## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Hyperquest, Inc.

                Plaintiff,

v.                                    Case No.: 1:08−cv−00485
                                              Honorable Charles R. Norgle Sr.

Nugen I.T., Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2008:

     MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Motion for Extension of Time to File Responsive Biref to Defendants' Motion to Dismiss [33] is granted. Motion for Leave to File 33 Page Brief [35] is granted. Telephoned notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.