IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 485 |
| v. ) | Judge Charles R. Norgle |
| ) | Magistrate Judge Jeffrey Cole |
| NUGEN I.T., INC. and DAYLE PHILLIPS, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION FOR EXTENSION OF TIME

Defendants NuGen I.T., Inc. and Dayle Phillips respectfully move this Court to grant them one additional business day to file their reply in support of their Motion to Dismiss for Lack of Personal Jurisdiction and to Dismiss Defendant Phillips for Failure to Make a Special Showing of Personal Liability (the "Motion to Dismiss"). In support of this request, Defendants state the following:

1. Defendants filed their Motion to Dismiss on March 4, 2008.

2. On March 7, 2008, this Court set a briefing schedule for that Motion, requiring Plaintiff HyperQuest, Inc. to file its response thereto by March 28 and Defendants to file their reply by April 11.

3. On March 28, 2008, Plaintiff filed an Agreed Motion to One-Day Extension of Time, which requested that it be allowed to file its response to the Motion to Dismiss on Monday, March 31, 2008. This Court granted that Motion on April 4, 2008.

4. In Plaintiff's Agreed Motion to One-Day Extension of Time, Plaintiff represented to this Court that it "has no objection to a corresponding one-day extension of time until April 14, 2008, for Defendants to file their reply."

5. Plaintiff's response to the Motion to Dismiss is 33 pages long and is accompanied by an 18-page declaration with multiple exhibits. Due to the length of this filing and additional time granted to Plaintiff, Defendants need one additional business day to prepare their reply.

6. The parties are not scheduled to appear before this Court for status until May 9, 2008. Therefore, this request for a one-business-day extension of time for Defendants to file their reply in support of their Motion to Dismiss will not unduly delay these proceedings. This motion is made in the interest of justice, not for purposes of delay, and will not prejudice any party.

WHEREFORE, Defendants respectfully request this Court to grant them until Monday, April 14, 2008, to file their reply in support of their Motion to Dismiss.

Respectfully submitted,

NUGEN I.T., INC. and DAYLE PHILLIPS

By:    s/ Kristen Werries Collier
      One of Their Attorneys

Monte L. Mann
Kristen Werries Collier
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
(312) 419-6900 (telephone)
(312) 419-6928 (facsimile)

and

Mark J. Peterson *(admitted pro hac vice)*
Nora M. Kane *(admitted pro hac vice)*
STINSON MORRISON HECKER LLP
1299 Farnam Street, 15th Floor
Omaha, Nebraska 68102-1818
(402) 342-1700 (telephone)
(402) 930-1701 (facsimile)

Doc# 213504

## CERTIFICATE OF SERVICE

Kristen Werries Collier, an attorney, hereby certifies that, on April 9, 2008, she caused a true and correct copy of the foregoing **Agreed Motion for Extension of Time** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.



/s/ Kristen Werries Collier
Kristen Werries Collier