IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HYPERQUEST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 485 |
| v. | ) | Judge Charles R. Norgle |
| | ) | Magistrate Judge Jeffrey Cole |
| NUGEN I.T., INC. and DAYLE PHILLIPS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Deborah Rzasnicki Hogan
    Chad A. Blumenfield
    Goldberg, Kohn, Bell, Black,
      Rosenbloom & Moritz, Ltd.
    55 East Monroe, Suite 3300
    Chicago, IL  60603

PLEASE TAKE NOTICE that on April 11, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles Norgle or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2341 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present an **Agreed Motion for Extension of Time**, a copy of which is served upon you herewith.

Respectfully submitted,

NUGEN I.T., INC. and DAYLE PHILLIPS

By:___s/ Kristen Werries Collier_____
    One of Their Attorneys

Monte L. Mann
Kristen Werries Collier
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
(312) 419-6900 (telephone)
(312) 419-6928 (facsimile)

and

Mark J. Peterson *(admitted pro hac vice)*
Nora M. Kane *(admitted pro hac vice)*
STINSON MORRISON HECKER LLP
1299 Farnam Street, 15th Floor
Omaha, Nebraska 68102-1818
(402) 342-1700 (telephone)
(402) 930-1701 (facsimile)

Doc# 213524

## **CERTIFICATE OF SERVICE**

Kristen Werries Collier, an attorney, hereby certifies that, on April 9, 2008, she caused a true and correct copy of the foregoing **Notice of Motion** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.


Kristen Werries Collier