# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 485 | **DATE** | 4/23/08 |
| **CASE TITLE** | Hyperquest, Inc. Vs. Nugen I.T., Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Rule 26 (a) disclosure documents are to be produced by the parties following the entry of a protective order to be submitted by the parties.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|