UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | |
| v. | DECLARATION OF DAYLE E. PHILLIPS |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

I, Dayle E. Phillips, declare and state that following is true and correct:

1. My name is Dayle E. Phillips, and I am a Defendant in the above-captioned action.

2. I am competent to testify about the facts set forth herein, and I do so from personal knowledge.

3. During the time period that I was employed by Safelite, Jeffrey Hogan, President of Plaintiff HyperQuest, Inc. became involved in negotiations for the purchase of certain property from Safelite.

4. I was present in Columbus, Ohio, during some of the negotiations which occurred between Mr. Hogan and Safelite.

5. During those negotiations, I met Mr. Hogan's father, and his father-in-law. It is my understanding that they were present for the negotiations because they were involved with HyperQuest, Inc.'s business.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 29, 2008.

_____
Dayle E. Phillips

**EXHIBIT 1**