UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | |
| v. | |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

### NOTICE OF MOTION

TO: Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL 60603

PLEASE TAKE NOTICE that on Friday, May 2, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Jeffrey Cole or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1838 of the Everett McKinley Dirsken Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion for Protective Order, a copy of which is served upon you herewith.

DATED this 29th day of April, 2008.

Respectfully submitted,

NUGEN I.T., INC. AND DAYLE PHILLIPS

By: __s/ *Nora M. Kane*__
Mark J. Peterson (*pro hac vice*)
Nora M. Kane (*pro hac vice*)
STINSON MORRISON HECKER LLP

        1299 Farnam Street, 15th Floor
        Omaha, Nebraska 68102-1818
        Phone: (402) 342-1700
        Fax: (402) 930-1701
        mpeterson@stinson.com
        nkane@stinson.com

And

        Monte L. Mann
        Kristen Werries Collier
        NOVACK AND MACEY LLP
        100 North Riverside Plaza
        Chicago, IL 60606-1501
        Phone: (312) 419-6900
        Fax: (312) 419-6928
        mmann@novackandmacey.com
        kwc@novackandmacey.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th day of April, 2008, I electronically filed the foregoing Defendants' Motion for Protective Order using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL  60603
deborah.hogan@goldbergkohn.com
chad.blumenfield@goldbergkohn.com

                                            s/  ***Nora M. Kane***
                                            Nora M. Kane