# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION TO VOLUNTARILY WITHDRAW PENDING MOTION FOR PROTECTIVE ORDER (ECF 46), WITHOUT PREJUDICE** |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

Come now, Defendants, in light of this honorable Court's Minute Entry of April 30, 2008 (ECF 48), and hereby move this Court to voluntarily withdraw Defendants' pending Motion for Protective Order (ECF 46), without prejudice. Defendants will refile the Motion and supply a Memorandum outlining their theory and legal authority in support thereof.

Dated this 30th day of April, 2008.

Respectfully submitted,

NUGEN I.T., INC. and DAYLE PHILLIPS

By: __s/ *Nora M. Kane*__
    Mark J. Peterson (*pro hac vice*)
    Nora M. Kane (*pro hac vice*)
    STINSON MORRISON HECKER LLP
    1299 Farnam Street, 15th Floor
    Omaha, Nebraska  68102-1818
    Phone:  (402) 342-1700
    Fax:     (402) 930-1701
    mpeterson@stinson.com
    nkane@stinson.com

And

        Monte L. Mann
Kristen Werries Collier
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL  60606-1501
Phone:  (312) 419-6900
Fax:      (312) 419-6928
mmann@novackandmacey.com
kwc@novackandmacey.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 30th day of April, 2008, I electronically filed the foregoing Defendants' Motion to Voluntarily Withdraw Pending Motion for Protective Order (ECF 46), Without Prejudice, using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

 Deborah Rzasnicki Hogan
 Chad A. Blumenfield
 GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD
 55 East Monroe, Suite 3300
 Chicago, IL  60603
 deborah.hogan@goldbergkohn.com
 chad.blumenfield@goldbergkohn.com

            s/ ***Nora M. Kane***
           Nora M. Kane