## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | |
| v. | |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

## <u>NOTICE OF MOTION</u>

TO:     Deborah Rzasnicki Hogan
        Chad A. Blumenfield
        GOLDBERG, KOHN, BELL, BLACK,
          ROSENBLOOM & MORITZ, LTD
        55 East Monroe, Suite 3300
        Chicago, IL  60603

PLEASE TAKE NOTICE that on Friday, May 2, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Jeffrey Cole or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1838 of the Everett McKinley Dirsken Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion to Voluntarily Withdraw Pending Motion for Protective Order (ECF 46), Without Prejudice, a copy of which is served upon you herewith.

DATED this 30th day of April, 2008.

Respectfully submitted,

NUGEN I.T., INC. AND DAYLE PHILLIPS

By: _____ s/ ***Nora M. Kane*** _____
    Mark J. Peterson (*pro hac vice*)
    Nora M. Kane (*pro hac vice*)
    STINSON MORRISON HECKER LLP
    1299 Farnam Street, 15th Floor
    Omaha, Nebraska  68102-1818
    Phone:  (402) 342-1700
    Fax:     (402) 930-1701
    mpeterson@stinson.com
    nkane@stinson.com

And

    Monte L. Mann
    Kristen Werries Collier
    NOVACK AND MACEY LLP
    100 North Riverside Plaza
    Chicago, IL  60606-1501
    Phone:  (312) 419-6900
    Fax:     (312) 419-6928
    mmann@novackandmacey.com
    kwc@novackandmacey.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of April, 2008, I electronically filed the foregoing Notice of Motion, using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL  60603
deborah.hogan@goldbergkohn.com
chad.blumenfield@goldbergkohn.com

s/  ***Nora M. Kane***
Nora M. Kane