UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 485 |
| ) | |
| v. ) | Judge Charles R. Norgle |
| ) | Magistrate Judge Cole |
| NUGEN I.T., INC. , and DAYLE ) | |
| PHILLIPS ) | |
| ) | JURY DEMAND |
| Defendants. | |

## NOTICE OF MOTION

TO:  Monte L. Mann                            Mark J. Peterson
     Kristen Werries Collier                  Nora M. Kane
     Novack and Macey LLP                     Stinson Morrison Hecker LLP
     100 North Riverside Plaza                1299 Farnam Street, 15th Floor
     Chicago, IL 60606                        Omaha, Nebraska 68102-1818

**PLEASE TAKE NOTICE** that on May 2, 2008 at 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Jeffrey Cole in Courtroom 1838 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Motion to Compel Production of Rule 26 Disclosure Documents and For Entry of Protective Order**, a copy of which is attached hereto.

DATED:  April 30, 2008

                                        Respectfully submitted,

                                        HYPERQUEST, INC.

                                        By  /s/ Deborah Rzasnicki Hogan
                                            One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

1156176v1 4/30/2008 8:51:47 PM

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 30, 2008, she caused a copy of the attached **NOTICE OF MOTION** and **MOTION TO COMPEL PRODUCTION OF RULE 26 DISCLOSURE DOCUMENTS AND FOR ENTRY OF PROTECTIVE ORDER** to be served via the Court's electronic notification system upon:

> Monte L. Mann
> Kristen Werries Collier
> Novack and Macey LLP
> 100 North Riverside Plaza
> Chicago, IL 60606
>
> Mark J. Peterson
> Nora M. Kane
> Stinson Morrison Hecker LLP
> 1299 Farnam Street, 15th Floor
> Omaha, Nebraska 68102-1818

By: /s/ Deborah Rzasnicki Hogan