## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 485 | **DATE** | 5/1/2008 |
| **CASE TITLE** | | | |

**DOCKET ENTRY TEXT**

Defendants' motion to voluntarily withdraw pending motion for protective order (ECF 46), without prejudice [49] is granted. Defendants' motion for protective order [46] is withdrawn without prejudice. No appearance is necessary on May 2, 2008.

Notified counsel by telephone.Notices mailed by Judicial staff.

| | |
|---|---|
| Courtroom Deputy Initials: | CDH |