UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 485 |
| ) | |
| v. ) | Judge Charles R. Norgle |
| ) | Magistrate Judge Cole |
| NUGEN I.T., INC. , and DAYLE ) | |
| PHILLIPS ) | |
| ) | JURY DEMAND |
| Defendants. | |

### RE-NOTICE OF MOTION

TO:  Monte L. Mann                    Mark J. Peterson
       Kristen Werries Collier          Nora M. Kane
       Novack and Macey LLP          Stinson Morrison Hecker LLP
       100 North Riverside Plaza      1299 Farnam Street, 15th Floor
       Chicago, IL 60606                 Omaha, Nebraska 68102-1818

**PLEASE TAKE NOTICE** that on May 5, 2008 at 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Jeffrey Cole in Courtroom 1838 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Motion to Compel Production of Rule 26 Disclosure Documents and For Entry of Protective Order**, a copy of which is attached hereto.

DATED:  May 1, 2008

                                                           Respectfully submitted,

                                                           HYPERQUEST, INC.

                                                           By  /s/ Deborah Rzasnicki Hogan
                                                                 One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 1, 2008, she caused a copy of the attached **NOTICE OF MOTION** and **MOTION TO COMPEL PRODUCTION OF RULE 26(A) DISCLOSURE DOCUMENTS AND FOR ENTRY OF PROTECTIVE ORDER** to be served via the Court's electronic notification system upon:

>Monte L. Mann
>Kristen Werries Collier
>Novack and Macey LLP
>100 North Riverside Plaza
>Chicago, IL 60606
>
>Mark J. Peterson
>Nora M. Kane
>Stinson Morrison Hecker LLP
>1299 Farnam Street, 15th Floor
>Omaha, Nebraska 68102-1818

By:   /s/ Deborah Rzasnicki Hogan