

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 485 | **DATE** | 5/5/2008 |
| **CASE TITLE** | Hyperquest Inc. Vs. Nugen I.T. Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion hearing held. Plaintiff's Motion to Compel Production of Rule 26(a) Disclosure Documents and for Entry of Protective Order [51] is denied. Agreed Stipulation and Protective Order as discussed in court is entered. The briefing schedule on the defendants' motion to disqualify plaintiff's counsel and her law firm is as follows: Motion with supporting memorandum shall be due by May 27, 2008; Response shall be due by June 10, 2008; Reply shall be due by June 17, 2008. The parties are to provide further protective order allowing for the production of certain confidential information to be submitted for " experts eyes only" as discussed in court. In connection with the briefing on the motion to disqualify plaintiff's counsel and her firm, the parties may find of some assistance Judge Moran's opinion in *American Hardware Mfg. Ass'n. v. Reed Elsevier, Inc.*, 2004 WL 2108403 (N.D.Ill. 2004), which involved a situation quite similar to that in the instant case. There, the plaintiff's lawyer was also the son of its Vice-Chairman and the brother of plaintiff's current President and CEO. The case is continued for further status on June 24, 2008 at 8:30 a.m.

.Notices mailed by Judicial staff.

00:45

| | Courtroom Deputy Initials: | CDH |
|---|---|---|