UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | |
| v. | |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

**NOTICE OF MOTION**

TO: Deborah Rzasnicki Hogan
   Chad A. Blumenfield
   GOLDBERG, KOHN, BELL, BLACK,
     ROSENBLOOM & MORITZ, LTD
   55 East Monroe, Suite 3300
   Chicago, IL  60603

PLEASE TAKE NOTICE that on Friday, May 16, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2341 of the Everett McKinley Dirsken Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, a copy of which is served upon you herewith.

Dated this 14th day of May, 2008.

        Respectfully submitted,

        NUGEN I.T., INC. AND DAYLE PHILLIPS

        By:   s/ *Nora M. Kane*
           Mark J. Peterson (*pro hac vice*)
           Nora M. Kane (*pro hac vice*)
           STINSON MORRISON HECKER LLP
           1299 Farnam Street, 15th Floor
           Omaha, Nebraska  68102-1818
           Phone:  (402) 342-1700
           Fax:     (402) 930-1701
           mpeterson@stinson.com
           nkane@stinson.com

        And

           Monte L. Mann
           Kristen Werries Collier
           NOVACK AND MACEY LLP
           100 North Riverside Plaza
           Chicago, IL  60606-1501
           Phone:  (312) 419-6900
           Fax:     (312) 419-6928
           mmann@novackandmacey.com
           kwc@novackandmacey.com

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 14th day of May, 2008, I electronically filed the foregoing Notice of Motion using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL  60603
deborah.hogan@goldbergkohn.com
chad.blumenfield@goldbergkohn.com

  s/ *Nora M. Kane*
Nora M. Kane

DB04/811922.0003/452749.1