UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | |
| v. | |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

**DEFENDANTS' RENEWED MOTION TO STAY DISCOVERY
PENDING THE COURT'S RULING ON THE DEFENDANTS'
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendants, NuGen I.T., Inc. and Dayle Phillips, by and through their attorneys, respectfully ask this Court to enter its Order staying discovery pending the Court's ruling on the Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction. A Memorandum in support of this Motion is filed simultaneously herewith.

**REQUEST FOR RELIEF**

Defendants NuGen, I.T., Inc. and Dayle Phillips respectfully ask that this Court enter its Order:

1. Staying discovery pending the Court's ruling on the Defendants' Motion Dismiss for Lack of Subject Matter Jurisdiction;

2. Awarding Defendants' fees and costs incurred in bringing this Motion; and

3. Awarding such other, further, and different relief, as this Court deems just.

Dated this 14th day of May, 2008.

    Respectfully submitted,

    NUGEN I.T., INC. AND DAYLE PHILLIPS

    By:   s/ ***Nora M. Kane***
       Mark J. Peterson (*pro hac vice*)
       Nora M. Kane (*pro hac vice*)
       STINSON MORRISON HECKER LLP
       1299 Farnam Street, 15th Floor
       Omaha, Nebraska  68102-1818
       Phone:  (402) 342-1700
       Fax:     (402) 930-1701
       mpeterson@stinson.com
       nkane@stinson.com

    And

       Monte L. Mann
       Kristen Werries Collier
       NOVACK AND MACEY LLP
       100 North Riverside Plaza
       Chicago, IL  60606-1501
       Phone:  (312) 419-6900
       Fax:     (312) 419-6928
       mmann@novackandmacey.com
       kwc@novackandmacey.com

    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of May, 2008, I electronically filed the foregoing Defendants' Renewed Motion to Stay Discovery Pending the Court's Ruling on the Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL  60603
deborah.hogan@goldbergkohn.com
chad.blumenfield@goldbergkohn.com

    s/ ***Nora M. Kane***
    Nora M. Kane