UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 485 |
| ) | |
| v. ) | Judge Charles R. Norgle |
| ) | Magistrate Judge Cole |
| NUGEN I.T., INC., and DAYLE ) | |
| PHILLIPS ) | |
| ) | JURY DEMAND |
| Defendants. | |

### NOTICE OF MOTION

TO:   Monte L. Mann                           Mark J. Peterson
         Kristen Werries Collier               Nora M. Kane
         Novack and Macey LLP              Stinson Morrison Hecker LLP
         100 North Riverside Plaza          1299 Farnam Street, 15th Floor
         Chicago, IL 60606                    Omaha, Nebraska 68102-1818

       **PLEASE TAKE NOTICE** that on May 23, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle in Courtroom 2341 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's **Motion for One-Week Extension of Time**, a copy of which is attached hereto.

DATED:  May 16, 2008

                                                 Respectfully submitted,

                                               HYPERQUEST, INC.

                                             By  /s/ Chad A. Blumenfield
                                                  One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 16, 2008, he caused a copy of the attached **NOTICE OF MOTION** and **MOTION FOR ONE-WEEK EXTENSION OF TIME** to be served via the Court's electronic notification system upon:

> Monte L. Mann
> Kristen Werries Collier
> Novack and Macey LLP
> 100 North Riverside Plaza
> Chicago, IL 60606
>
> Mark J. Peterson
> Nora M. Kane
> Stinson Morrison Hecker LLP
> 1299 Farnam Street, 15th Floor
> Omaha, Nebraska 68102-1818

By:   /s/ Chad A. Blumenfield