## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 485 | **DATE** | 5/9/2008 |
| **CASE TITLE** | Hyperquest, Inc. Vs. Nugen I.T., et al. | | |

**DOCKET ENTRY TEXT**

Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|