# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0485 | **DATE** | 5/14/2008 |
| **CASE TITLE** | Hyperquest, Inc. vs. NuGen I.T., Inc. and Dayle Phillips | | |

**DOCKET ENTRY TEXT**

Plaintiff has until May 23, 2008 to file a Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [63]. Defendants have until May 30, 2008 to file their Reply. There is no need for counsel to appear for presentment on May 16, 2008 at 9:30 a.m. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [24] remains under advisement until the Court decides the issue regarding subject matter jurisdiction.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | EF |
|---|---|---|