# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 485 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Hyperquest, Inc. Vs. Nugen I.T., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants' renewed motion to stay discovery pending the court's ruling on the defendants' motion to dismiss for lack of subject matter jurisdiction [63] is granted until July 18, 2008. Status hearing is set for July 18, 2008 at 10:00 a.m. following the hearing before Judge Norgle, Sr. at 9:30 a.m. There is no stay as to the previously ordered items.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|