UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | |
| v. | DEFENDANTS' RENEWED MOTION FOR PROTECTIVE ORDER |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

Come now, the Defendants, NuGen I.T., Inc. and Dayle Phillips (hereafter collectively "NuGen"), and ask this Court to enter a Protective Order disqualifying HyperQuest counsel Deborah Hogan and her law firm Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd. A Memorandum in support of this Motion is filed simultaneously herewith.

Dated this 27th day of May, 2008.

        Respectfully submitted,

        NUGEN I.T., INC. and DAYLE PHILLIPS

        By:   s/ ***Nora M. Kane***

            Mark J. Peterson (*pro hac vice*)
            Nora M. Kane (*pro hac vice*)
            STINSON MORRISON HECKER LLP
            1299 Farnam Street, 15th Floor
            Omaha, Nebraska 68102-1818
            Phone: (402) 342-1700
            Fax:   (402) 930-1701
            mpeterson@stinson.com
            nkane@stinson.com

        And

            Monte L. Mann
            Kristen Werries Collier
            NOVACK AND MACEY LLP
            100 North Riverside Plaza
            Chicago, IL 60606-1501
            Phone: (312) 419-6900
            Fax:   (312) 419-6928
            mmann@novackandmacey.com
            kwc@novackandmacey.com

        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 27th day of May, 2008, I electronically filed the foregoing Defendants' Renewed Motion for Protective Order using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL  60603
deborah.hogan@goldbergkohn.com
chad.blumenfield@goldbergkohn.com

            s/ ***Nora M. Kane***
            Nora M. Kane