**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | |
| v. | |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

**NOTICE OF RENEWED MOTION**

TO:  Deborah Rzasnicki Hogan
     Chad A. Blumenfield
     GOLDBERG, KOHN, BELL, BLACK,
       ROSENBLOOM & MORITZ, LTD
     55 East Monroe, Suite 3300
     Chicago, IL 60603

PLEASE TAKE NOTICE that on Friday, May 30, 2008, at 8:30 a.m., or as soon

thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge

Jeffrey Cole or any judge sitting in his stead, in the United States District Court for the Northern

District of Illinois, Eastern Division, in Courtroom 1838 of the Everett McKinley Dirsken

Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants'

Renewed Motion for Protective Order, a copy of which is served upon you herewith.

2

Dated this 27th day of May, 2008.

Respectfully submitted,

NUGEN I.T., INC. AND DAYLE PHILLIPS

By:      s/ *Nora M. Kane*
Mark J. Peterson (*pro hac vice*)
Nora M. Kane (*pro hac vice*)
STINSON MORRISON HECKER LLP
1299 Farnam Street, 15th Floor
Omaha, Nebraska  68102-1818
Phone:  (402) 342-1700
Fax:     (402) 930-1701
mpeterson@stinson.com
nkane@stinson.com

And

Monte L. Mann
Kristen Werries Collier
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL  60606-1501
Phone:  (312) 419-6900
Fax:     (312) 419-6928
mmann@novackandmacey.com
kwc@novackandmacey.com

Attorneys for Defendants

2

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this 27th day of May, 2008, I electronically filed the foregoing Notice of Renewed Motion using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL  60603
deborah.hogan@goldbergkohn.com
chad.blumenfield@goldbergkohn.com

                            s/ ***Nora M. Kane***
                            Nora M. Kane