UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | |
| v. | |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Come now, the Defendants, NuGen I.T., Inc. and Dayle Phillips (hereafter collectively "NuGen"), and move the Court for a one-week extension of time, until June 13, 2008, in which to file their Reply Brief in support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF 60). In support of this Motion, NuGen offers the Declaration of Attorney Nora M. Kane, attached hereto.

Based on the foregoing, NuGen asks that this Court grant its Motion for Extension of Time to File Reply Brief extending the deadline until or on or before June 13, 2008, and for such other, further, and different relief as this Court deems just and equitable.

Dated this 4th day of June, 2008.

        Respectfully submitted,

        NUGEN I.T., INC. and DAYLE PHILLIPS

        By:   s/ *Nora M. Kane*
           Mark J. Peterson (*pro hac vice*)
           Nora M. Kane (*pro hac vice*)
           STINSON MORRISON HECKER LLP
           1299 Farnam Street, 15th Floor
           Omaha, Nebraska  68102-1818
           Phone:  (402) 342-1700
           Fax:     (402) 930-1701
           mpeterson@stinson.com
           nkane@stinson.com

        And

           Monte L. Mann
           Kristen Werries Collier
           NOVACK AND MACEY LLP
           100 North Riverside Plaza
           Chicago, IL  60606-1501
           Phone:  (312) 419-6900
           Fax:     (312) 419-6928
           mmann@novackandmacey.com
           kwc@novackandmacey.com

        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 4th day of June, I electronically filed the foregoing Defendants' Motion for Extension of Time to File Reply Brief using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL  60603
deborah.hogan@goldbergkohn.com
chad.blumenfield@goldbergkohn.com

   s/ ***Nora M. Kane***
   Nora M. Kane