UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | |
| v. | |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

### DECLARATION OF NORA M. KANE

I, Nora M. Kane, declare and state that the following is true and correct:

1. My name is Nora M. Kane. I am competent to testify about the facts set forth herein, and I do so from personal knowledge.

2. Mark Peterson and I act as attorneys for the Defendants in the above-captioned action.

3. On May 30, 2008, our law partner and friend, Adam Jacobs, died suddenly and unexpectedly at the age of 41. His wake was Monday and his funeral Tuesday, June 3, 2008. Mr. Peterson and I worked very closely with Mr. Jacobs.

4. Mr. Peterson and I have been involved in sorting through Mr. Jacobs' files, as well as dealing with our own practices while we mourn his loss.

5. Defendants' deadline to file a Reply Brief in support of their Motion to Dismiss for Lack of Subject Matter Jurisdiction is due June 6, 2008. In light of the foregoing, we need an extension to adequately prepare our Reply Brief. I contacted Plaintiff's counsel to see whether they would agree to this extension but have received no response as of the time of this filing.

2

6.   This Motion is not being filed for any improper purpose, and the Plaintiff will not be prejudiced by a one-week delay.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 4, 2008.

_____
Nora M. Kane

2