UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | Case No. 1:08-cv-00485 |
| Plaintiff, | |
| v. | |
| NUGEN I.T., INC., and DAYLE PHILLIPS, | |
| Defendants. | |

## NOTICE OF MOTION

TO:   Deborah Rzasnicki Hogan
      Chad A. Blumenfield
      GOLDBERG, KOHN, BELL, BLACK,
        ROSENBLOOM & MORITZ, LTD
      55 East Monroe, Suite 3300
      Chicago, IL  60603

PLEASE TAKE NOTICE that on Friday, June 6, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2341 of the Everett McKinley Dirsken Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion for Extension of Time to File Reply Brief, a copy of which is served upon you herewith.

DATED this 4th day of June, 2008.

        Respectfully submitted,

        NUGEN I.T., INC. AND DAYLE PHILLIPS

        By:   s/ *Nora M. Kane*
            Mark J. Peterson (*pro hac vice*)
            Nora M. Kane (*pro hac vice*)
            STINSON MORRISON HECKER LLP
            1299 Farnam Street, 15th Floor
            Omaha, Nebraska 68102-1818
            Phone: (402) 342-1700
            Fax:   (402) 930-1701
            mpeterson@stinson.com
            nkane@stinson.com

        And

            Monte L. Mann
            Kristen Werries Collier
            NOVACK AND MACEY LLP
            100 North Riverside Plaza
            Chicago, IL 60606-1501
            Phone: (312) 419-6900
            Fax:   (312) 419-6928
            mmann@novackandmacey.com
            kwc@novackandmacey.com

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of June, 2008, I electronically filed the foregoing Defendants' Motion for Extension of Time to File Reply Brief using the CM/ECF system which sent notification of such filing to all counsel of record, properly addressed as follows:

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD
55 East Monroe, Suite 3300
Chicago, IL  60603
deborah.hogan@goldbergkohn.com
chad.blumenfield@goldbergkohn.com

          s/ ***Nora M. Kane***
          Nora M. Kane