Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 485 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Hyperquest vs. NuGen I.T., Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion by Defendants to dismiss for lack of personal jurisdiction [24] is granted. Motion by Defendants to dismiss for lack of subject matter jurisdiction [60] is denied. See attached Opinion and Order.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | EF |
|---|---|---|