# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hyperquest, Inc.

                Plaintiff,

v.

Nugen I.T., Inc., et al.

                Defendant.

Case No.: 1:08–cv–00485

Honorable Charles R. Norgle Sr.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 22, 2008:


      MINUTE entry before the Honorable Jeffrey Cole:Status hearing set for 7/24/08 at 8:30 a.m. is reset to 7/25/2008 at 8:30 a.m. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.