# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 485 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Hyperquest, Inc. v. Nugen I.T., Inc. et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall provide an Agreed Joint Order to chambers regarding the issues discussed in court.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | CDH |
|---|---|---|